**Paul WITTE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77964.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 10, 2001.

Mary S. Choi, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa Sutherland, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL Jr., and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant, Paul Witte, appeals from the denial of his Rule 24.035 motion after an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).